IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO

| IN THE MATTER OF THE SEARCH OF INFORMATION ASSOCIATED WITH ol_70@hotmail.com THAT IS STORED AT PREMISES CONTROLLED BY MICROSOFT CORPORATION | Case No. _____<br><br>Filed Under Seal |
|---|---|

## ORDER

The United States has submitted an application pursuant to 18 U.S.C. § 2705(b), requesting that the Court issue an Order commanding Microsoft Corporation, an electronic communication service provider and/or a remote computing service, not to notify any person (including the subscribers and customers of the account(s) listed in the warrant of the existence of the attached warrant until further order of the Court.

The Court determines that there is reason to believe that notification of the existence of the attached warrant will seriously jeopardize the investigation or unduly delay a trial, including by: giving targets an opportunity to flee, destroy or tamper with evidence, change patterns of behavior, intimidate potential witnesses, or endanger the life or physical safety of an individual. *See* 18 U.S.C. § 2705(b).

IT IS THEREFORE ORDERED under 18 U.S.C. § 2705(b) that Microsoft Corporation, shall not disclose the existence of the attached warrant, or this Order of the Court, to the listed subscriber or to any other person, unless and until otherwise authorized to do so by the Court, except that Microsoft Corporation, may disclose the attached warrant to an attorney for Microsoft Corporation, for the purpose of receiving legal advice.

//

//

IT IS FURTHER ORDERED that the application and this Order are sealed until otherwise ordered by the Court.

9-30-15
Date

SHARON L. OVINGTON
CHIEF UNITED STATES MAGISTRATE JUDGE